PS-8
8/88

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ecclesia S. Alejandro                                                                 Docket No. 5:15-MJ-1835-1 S

Petition for Action on Conditions of Pretrial Release

COMES NOW Mindy L. Threlkeld, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Ecclesia S. Alejandro, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court at Fayetteville, on the 10th day of December, 2015

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant reported to the probation office on December 17, 2015, and submitted a positive breath sample for alcohol. The defendant signed an admission form admitting to the use of alcohol on December 16 and 17, 2015. The defendant did state she knew she had an alcohol abstinence condition, but didn't realize it began the day she was placed on conditions of pretrial release. The defendant has been verbally reprimanded for her alcohol use and has been placed in our Surprise Urinalysis Program and referred for individual substance abuse counseling with our local treatment provider.

**PRAYING THAT THE COURT WILL ORDER** that the defendant be continued under the existing conditions of pretrial release.

Reviewed and approved,                                       I declare under penalty of perjury that the foregoing
                                                             is true and correct.

/s/ Robert K. Britt                                          /s/ Mindy L. Threlkeld
Robert K. Britt                                              Mindy L. Threlkeld
Senior U.S. Probation Officer                                U.S. Probation Officer
                                                             310 Dick Street,
                                                             Fayetteville, NC 28301-5730
                                                             Phone: 910-354-2539
                                                             Executed On: December 18, 2015

ORDER OF THE COURT

Considered and ordered the __18th__ day of __December__, 2015, and ordered filed and made part of the records in the above case.

Kimberly A. Swank
U.S. Magistrate Judge