# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ecclesia S. Alejandro**                    **Docket No. 5:15-MJ-1835**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Ecclesia S. Alejandro, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court at Fayetteville, on the 10th day of December, 2015.

On December 18, 2015, the court was notified that the defendant violated the conditions of pretrial release by using alcohol. The defendant was verbally reprimanded for her alcohol use and was placed in our Surprise Urinalysis Program and referred for individual substance abuse counseling with our local treatment provider.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 15, 2016, Officer Goldsmith responded to the defendant's address in reference to a domestic dispute between the defendant and her boyfriend. The defendant appeared to be under the influence of alcohol and there were visible scratch marks on her boyfriend, Nicholas Culpepper. The defendant was uncooperative with officers and undressed herself from the waist down during the encounter. The officer directed her to get dressed prior to placing the defendant and Mr. Culpepper under arrest for Simple Assault (16CR52093). During transport, the defendant had to throw up and officer's pulled the car over to allow her to throw up outside of the vehicle. She was then transported to the Cape Fear Hospital where she refused treatment and was then transported to the Cumberland County Jail.

**PRAYING THAT THE COURT WILL ORDER** that a hearing be scheduled on March 2, 2016, to determine if the defendant violated the conditions of her pretrial release.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt
Robert K. Britt
Senior U.S. Probation Officer

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
Senior U.S. Probation Officer
310 Dick Street,
Fayetteville, NC 28301-5730
Phone: 910-354-2539
Executed On: February 25, 2016

### ORDER OF THE COURT

Considered and ordered the __29th__ day of ____February____, 2016, and ordered filed and made part of the records in the above case.

Kimberly A. Swank
U.S. Magistrate Judge